UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

GORDON A. LENZ and JAY EDMOND RUSS,

         Plaintiffs,

   -against-

AARON YOUNG and SAINT ANNES DEVELOPMENT
COMPANY, LLC,

         Defendants.

------------------------------------------------------------------------X

**ANSWER**

**Docket # CV 08-3795 (TCP)**

Defendants, AARON YOUNG and SAINT ANNES DEVELOPMENT COMPANY, LLC, by their attorneys, RIVKIN RADLER LLP, respectfully submit the following upon information and belief as and for their answer to plaintiffs' complaint:

FIRST: Defendants deny the allegation contained in paragraphs numbered "10", "11," "12" and "13," respectively, of the plaintiffs' complaint.

SECOND: Defendants deny the allegation contained in paragraphs numbered "5" and "6," respectively, of plaintiffs' complaint.

THIRD: Defendants deny having knowledge or information sufficient to form a belief as to the allegation contained in paragraphs numbered "1", "2", "7," and "8," respectively, of the plaintiffs' complaint.

FOURTH: Defendants deny having knowledge or information sufficient to form a belief as to the allegation contained in paragraph numbered "9" of the plaintiffs' complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

## ANSWERING THE FIRST CAUSE OF ACTION

FIFTH: Answering paragraph numbered "14" of the plaintiffs' complaint herein, defendants, AARON YOUNG and SAINT ANNES DEVELOPMENT COMPANY, LLC, repeat and reiterate each and every denial heretofore made in regard to each and every paragraph of plaintiffs' complaint, designated as paragraphs "1" through "13" inclusive with the same force and effect as though more fully set forth at length herein.

SIXTH: Defendants deny the allegation contained in paragraphs numbered "15" and "16," respectively, of the plaintiffs' complaint.

## ANSWERING THE SECOND CAUSE OF ACTION

SEVENTH: Answering paragraph numbered "17" of the plaintiffs' complaint herein, defendants, AARON YOUNG and SAINT ANNES DEVELOPMENT COMPANY, LLC, repeat and reiterate each and every denial heretofore made in regard to each and every paragraph of plaintiffs' complaint, designated as paragraphs "1" through "16" inclusive with the same force and effect as though more fully set forth at length herein.

EIGHTH: Defendants deny the allegation contained in paragraphs numbered "18" and "19," respectively, of the plaintiffs' complaint. In response to paragraphs A through C, inclusive, following paragraph numbered "19," Defendants deny that plaintiffs, or either of them, are entitled to any relief whatsoever.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

NINTH: Plaintiffs' complaint fails to state a claim against these answering defendants upon which relief can be granted.

<u>AS AND FOR A SECOND AFFIRMATIVE DEFENSE</u>

TENTH:  This Honorable court lacks personal jurisdiction over defendant AARON YOUNG.

<u>AS AND FOR A THIRD AFFIRMATIVE DEFENSE</u>

ELEVENTH:  Venue is improper.

<u>AS AND FOR A FOURTH AFFIRMATIVE DEFENSE</u>

TWELFTH:  The publications complained of are protected by the judicial proceedings privilege.

<u>AS AND FOR A FIFTH AFFIRMATIVE DEFENSE</u>

THIRTEENTH:  The publications complained of are privileged under the appropriate and applicable common law.

<u>AS AND FOR A SIXTH AFFIRMATIVE DEFENSE</u>

FOURTEENTH:  The publications complained of are not defamatory.

<u>AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE</u>

FIFTEENTH:  The publications complained of relate to matters of public interest and concern and constitute fair comment and report about such matters.

<u>AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE</u>

SIXTEENTH:  Plaintiffs cannot meet their burden to prove the falsity of the publications complained of because the publications are true or substantially true.

<u>AS AND FOR A NINTH AFFIRMATIVE DEFENSE</u>

SEVENTEENTH: The publications complained of were published without fault, negligence, malice, or actual malice.

3

<u>AS AND FOR A TENTH AFFIRMATIVE DEFENSE</u>

EIGHTEENTH: The publications complained of were non-actionable expressions of opinion.

<u>AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE</u>

NINETEENTH: Plaintiffs have failed to allege sufficient facts establishing injury from the publications complained of to warrant the imposition of any alleged compensatory damages.

<u>AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE</u>

TWENTIETH: Defendants deny that they have breached any standard of care owed to the Plaintiffs.

<u>AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE</u>

TWENTY-FIRST: Plaintiffs have failed to mitigate any injuries and damages, which injuries and damages Defendants expressly deny, suffered by Plaintiffs.

<u>AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE</u>

TWENTY-SECOND: The publications complained of constitute non-actionable hyperbolic rhetoric.

4

WHEREFORE, Defendants, AARON YOUNG and SAINT ANNES DEVELOPMENT

COMPANY, LLC, demand judgment dismissing the plaintiffs' complaint herein, together with

the costs and disbursements of this action.

Dated:         Uniondale, New York
               September 19, 2008              Respectfully submitted,

                                               RIVKIN RADLER LLP
                                               Attorneys for Defendants
                                               AARON YOUNG AND SAINT ANNES
                                               DEVELOPMENT COMPANY, LLC


                              By:              _____
                                               Kenneth A. Novikoff (KAN - 0350)
                                               A Member of the Firm
                                               926 RexCorp Plaza
                                               Uniondale, New York 11556-0926
                                               (516) 357-3000
                                               File No.: 011729-0001

                                               Steven B. Gould
                                               Brown & Gould, LLP
                                               7700 Old Georgetown Road, Suite 500
                                               Rockville, Maryland 20814
                                               (301) 718-4548


TO:     Paul Batista
        Attorney For Plaintiffs
        26 Broadway - Suite 1900
        New York, New York 10004
        (212) 980-0070


2186948 v1

5

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK            )
                            ) SS.:
COUNTY OF NASSAU            )

I, JOAN A. SIWEK being sworn, say:

I am not a party to the action, am over 18 years of age and reside in Suffolk County, New York.

On September 19, 2008, I served the within **Answer**, by transmitting the papers by electronic means to the telephone number listed below, which number was designated by the attorney for such purpose. I received a signal from the equipment of the attorney served indicating that the transmission was received. I also deposited a true copy thereof, enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery, and sent it via e-mail to Batista007@aol.com.

PAUL BATISTA, P.C.
Attorney For Plaintiffs
26 Broadway, Suite 1900
New York, New York  10004
Phone:  (212)980-0070
Fax:     (212) 344-7677

JOAN A. SIWEK

Sworn to before me this

19th day of September, 2008

Notary Public

LINDA T. CRISPO
Notary Public, State of New York
No. 30-4644741
Qualified in Nassau County
Commission Expires June 30, 20 11

2187353 v1