# PAUL BATISTA, P.C.
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(212) 980-0070

e-mail: Batista007@aol.com                          Facsimile: (212) 344-7677

October 19, 2010

VIA ELECTRONIC FILING
AND FACSIMILE
Hon. A. Kathleen Tomlinson
United States Magistrate Judge
  for the Eastern District of New York
Alfonse D'Amato Courthouse
100 Federal Court Plaza
Central Islip, New York 11722-4449

Re:     ***Gordon Lenz and Jay Edmond Russ***
        **v. *Aaron Young et al.*,**
        <u>**CV-08-3795 (TCP) (AKT)**</u>

Dear Judge Tomlinson:

Pursuant to your recent decision permitting plaintiffs to take the deposition of Kenneth Novikoff, Mr. Gould and I have agreed to conduct that deposition beginning at 1:30 p.m. on October 25, 2010.

Your Honor had indicated that the Court would hold itself available to address any issues that might arise during the deposition. If that date and time are not convenient, Mr. Gould and I will make other arrangements. I anticipate the deposition will last no more than three hours.

Respectfully submitted,

Paul Batista

PB/wg

cc: Steven Gould,Esq. (Via ECF)
    Kenneth Novikoff, Esq. (Via ECF)