UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

GORDON A. LENZ and JAY EDMOND RUSS,

                    Plaintiffs,

                            **Case No.:  CV 08 3795 (TCP)**
-against-                   **<u>NOTICE OF MOTION</u>**


AARON YOUNG and SAINT ANNES
DEVELOPMENT COMPANY,LLC,

                    Defendants.

------------------------------------------------------------------X

      Upon the Declaration of Steven B. Gould, dated February 2, 2010, the exhibits attached thereto, the Local Rule 56.1 Statement dated February 2, 2010, the Memorandum dated February 2, 2010, the Defendants Saint Annes Development Company, LLC and Aaron Young, by and through their undersigned attorneys, will move this Court, on April 15, 2011, 10:30 a.m., at the Courthouse located at 290 Federal Plaza, Central Islip, New York 11722-4437, before the Honorable Thomas C. Platt, for an Order, pursuant to Fed. R. Civ. P. 56, summarily dismissing with prejudice each of the causes of action asserted against Defendants, and for such other and further relief as the Court deems fair and proper.


Dated:      Bethesda, Maryland
            March 25, 2011

Respectfully submitted,


_____/s/_____

Steven B. Gould, Esq.
Admitted *Pro Hac Vice*
BROWN & GOULD, LLP
7700 Old Georgetown Road, Suite 500
Bethesda, Maryland  20814
(301) 718-4548
Counsel for Defendants
(301) 718-4548


_____/s/_____

Laura L. Shockley (LLS- 6040)
RIVKIN RADLER, LLP
926 RexCorp Plaza
Uniondale, New York  11556-0926
Counsel for Defendants
(516) 357-3000



TO:    Paul A. Batista. Esq.
       Paul Batista, PC
       26 Broadway
       Suite 1900
       New York, NY 10004